# Court of Appeals
# of the State of Georgia

ATLANTA, __November 26, 2014__

*The Court of Appeals hereby passes the following order:*

**A15E0011.  BARTON LEE COLEMAN v. THE STATE.**

It is hereby ORDERED that Barton Lee Coleman's Petition for Supersedeas Bond filed on November 24, 2014 is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___11/26/2014___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*